# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-1553
Lower Tribunal Nos. 2007-CF-000180, 2007-CF-000181, and 2007-CF-000184

———————————————

JEAN JEAN BAPTISTE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

May 22, 2026

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 411 So. 3d 392, 399 & n.13 (Fla.), *cert. denied sub nom.*, *Wainwright v. Fla.*, 145 S. Ct. 2789 (2025); *Avalos v. State*, 419 So. 3d 299, 300 (Fla. 6th DCA 2025).

NARDELLA, WOZNIAK and SMITH, JJ., concur.


Jean Jean Baptiste, Milton, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED